UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA KRAM,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 24-cv-08871-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE** |

Following the initial case management conference held on March 27, 2025, the Court imposes the following deadlines:

| | |
|---|---|
| Complete Private Mediation: | July 1, 2025 |
| Discovery Cut-Off: | August 15, 2025 |
| Last Day to Hear Motions: | September 11, 2025 |
| Administrative Record Lodging[1]: | September 25, 2025 |
| Plaintiff's Rule 52 Opening Brief: | October 23, 2025 |
| Defendant's Rule 52 Opening/Responsive Brief: | November 13, 2025 |
| Plaintiff's Rule 52 Opposition and Reply Brief: | December 11, 2025 |
| Defendant's Rule 52 Reply Brief: | January 8, 2026 |
| Rule 52 Hearing: | January 28, 2026 at 10:30 a.m. |

The Court will hold a further case management conference by Zoom video on July 30, 2025 at 2:00 p.m. PST. An updated joint case management conference statement is due one week in advance. The Court will be particularly interested in whether an additional form of ADR could

---

[1] The Administrative Record may be filed under seal to protect Plaintiff's privacy.

be useful.

**IT IS SO ORDERED.**

Dated: March 27, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge